**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 18, 2019

**REHEARING ACTION: December 18, 2019**

**Docket Number: 19   00097-KA consolidated with 360-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH SETH THOMAS**

**Appealed from Rapides Parish Case No. 336,230**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Phyllis M. Keaty**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth Seth Thomas** has this day been

   **DENIED.**

cc: Hon. Phillip Terrell, Jr., Counsel for the Appellee
    Catherine L. Davidson, Counsel for the Appellee